■ NEW YORK STATE THRUWAY AUTHORITY, Respondent, v KTA-TATOR ENGINEERING SERVICES, P.C., Respondent and Third-

Party Plaintiff-Respondent. LIBERTY INSURANCE CORPORATION, Third-Party Defendant-Appellant and Second Third-Party Plaintiff-Appellant. CONTINENTAL INSURANCE COMPANY, Second Third-Party Defendant-Respondent. [842 NYS2d 352]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered September 15, 2006. The judgment, insofar as appealed from, granted the motion of defendant and third-party plaintiff for partial summary judgment, denied the cross motion of third-party defendant and second third-party plaintiff to compel disclosure and granted in part the motion of second third-party defendant for a declaratory judgment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs. Present—Scudder, P.J., Gorski, Centra, Lunn and Peradotto, JJ.